EDWARD M. WOLKOWITZ, TRUSTEE
800 S Figueroa Street, Suite 1260
Los Angeles, CA  90017
Telephone: (310) 229-3367
Telecopier: (213) 627-7194
Email: emwtrustee@lnbyb.com

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT

LOS ANGELES DIVISION

| In re | CASE NO. 2:06-bk-10894-TD |
|---|---|
| MCCORMICK GROUP INC | CHAPTER 7 |
| Debtor(s) | NOTICE OF UNCLAIMED DIVIDENDS (FRBP 3011) |

TO: CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please find annexed hereto, Check No.1135, the sum of $8,806.50, representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es), and amount(s) to be paid to each person entitled to said unclaimed dividend is attached.

Dated: April 18, 2011

_____
EDWARD M. WOLKOWITZ
Chapter 7 Trustee

| NO. | CLAIMANT | CLAIMED AMOUNT | DIVIDEND |
|---|---|---|---|
| 000010 | D ZELINSKY AND SONS, INCORPORATED<br>200 INDUSTRY WAY<br>BRISBANE CA 94005-6540 | $15,706.60 | $7,938.99 |
| 000012 | DELTA SHEET METAL<br>7845 GLORIA AVENUE<br>VAN NUYS CA 91406 | $171.47 | $86.67 |
| 000013 | LEGGETT AND PLATT STORE FIXTURES<br>DEPARTMENT 77-52253<br>CHICAGO IL 60678-2253 | $188.10 | $95.08 |
| 000016 | STOCK BUILDING SUPPLY<br>15451 SAN FERNADO MISSION BLVD. #400<br>MISSION HILLS, CA 91345 | $391.20 | $197.73 |
| 000033 | WORLDWIDE EXPRESS<br>PO BOX 457<br>HUDSON NY 12534 | $965.52 | $488.03 |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

800 S Figueroa Street, Suite 1260, Los Angeles, CA 90017

A true and correct copy of the foregoing document described as **NOTICE OF UNCLAIMED DIVIDENDS (FRBP 3011)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 27, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Office of the U.S. Trustee   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL** On April 27, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Thomas B Donovan, U.S. Bankruptcy Court, 255 E Temple Street, Room 1352, Los Angeles, CA 90012
McCormick Group, 1506 Railroad Street, Glendale, CA 91204-2718

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 27, 2011 | Linda Riess | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                       F 9013-3.1.PROOF.SERVICE